**JUDGMENT IN A CIVIL CASE**

DEBORAH SWORD and JAMES SWORD,

    Plaintiff,                         CIV.S-09-0204 FCD JFM

    v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON APRIL 30, 2009.**

                              Victoria C. Minor,
                              Clerk of the Court

ENTERED:    May 1, 2009

                              by:_____/s/_____
                                Michele Krueger,
                                Courtroom Deputy