Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SWORD and JAMES SWORD,<br><br>           Plaintiffs,<br><br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>           Defendant. | Case No. 2:09-CV-00204-FCD-JFM<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

Plaintiffs, DEBORAH SWORD and JAMES SWORD, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on January 22, 2009. NCO filed its responsive pleading on February 23, 2009. DEBORAH SWORD and JAMES SWORD filed a Notice of Acceptance of NCO's Offer of Judgment on April 30, 2009. The Court entered judgment pursuant to the accepted offer of judgment on May 1, 2009.

The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to vacate the judgment and dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 5/26/09     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 5/26/09     KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiffs,
Deborah Sword and James Sword

IT IS SO ORDERED.

Dated: May 27, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Dismiss With Prejudice

2